# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

February 7, 2007

David J. Teklits, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Re:  Medifacts International, Inc.
     Case No. 07-10110(PJW)

Dear Counsel:

In connection with the filing this afternoon of your response related to the motion to dismiss, please also deliver to Chambers two copies of what you file.

In addition, so that I can have a fuller understanding of what is going on in the Chancery Court case (CA 2673-N), I would appreciate you also delivering to Chambers copies of docket items 4, 27, 29, 30 and 34 in the Chancery Court case.

Very truly yours,

Peter J. Walsh

PJW:ipm

cc:  Michael R. Nestor, Esq.
     Stuart M. Brown, Esq.
     David A. Jenkins, Esq.