IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :   Chapter 11
In re:                                                  :
                                                        :   Case No. 07-10110 (PJW)
MEDIFACTS INTERNATIONAL, INC.,                          :
                                                        :
                  Debtor.                               :
                                                        :
------------------------------------------------------- x
```

**EMERGENCY MOTION FOR ORDER SHORTENING AND LIMITING NOTICE OF MOTION OF DRS. BRUCE GARRETT AND SANDRA GARRETT FOR A DETERMINATION THAT THEY ARE QUALIFIED BIDDERS FOR THE CRO ASSETS UNDER THE BID PROCEDURES APPROVED BY THE COURT AND THAT THE FULL AMOUNT OF THE $2 MILLION CASH DEPOSIT THAT THEY PAID TO THE DEBTOR SHOULD BE CREDITED TOWARD THEIR BID**

Bruce N. Garrett, M.D. ("Dr. B. Garrett"), and Sandra S. Garrett, Ph.D ("Dr. S. Garrett and, together with Dr. B. Garrett, the "Garretts"), hereby move for entry of an order under 11 U.S.C. § 102(1), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") approving the form and manner of notice of the Motion of Drs. Bruce Garrett and Sandra Garrett for a Determination that they are Qualified Bidders for the CRO Assets under the Bid Procedures Approved by the Court and that the Full Amount of the $2 Million Cash Deposit that they Paid to the Debtor should be Credited toward their Bid ("Motion for Determination") and shortening notice to allow the Motion for Determination to be considered on an expedited basis. In support of this motion, the Garretts respectfully represent as follows:

**Relief Requested**

1. By the Motion for Determination, the Garrets seek the entry of an order determining that the bid to purchase the CRO Assets submitted by the Garretts on February 26, 2007 is a qualified bid under the bid procedures approved by the Court. Specifically, the Garretts seek a determination that the $2.0 million that they paid to Medifacts as a deposit toward the purchase of the CRO assets should be treated as a credit towards their bid on the CRO assets

2. By this motion, the Garretts respectfully request that this Court exercise discretion pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006(c) to enter an order (a) shortening the notice period for the Motion for Determination to enable the Garretts to present the Motion for Determination before March 7, 2007, the date set for the sale of the CRO Assets pursuant to the bid procedures approved by the Court, and approving the form and manner of notice of the Motion for Determination.

**Basis for Relief Requested**

3. The Garretts respectfully submit that allowing the Motion for Determination to be considered on shortened notice is reasonable and appropriate under the circumstances. It is critical that the Motion for Determination be considered and acted upon by this Court as soon as reasonably practicable. Absent a prompt determination by this Court, the Garretts will be prejudiced in their efforts to purchase the CRO Assets because the CRO Assets will be sold to another bidder before the Court has determined whether the Garretts' bid is a qualified bid. In addition, Medifacts may forever lose the opportunity to receive the highest bid for the CRO assets.

4. Accordingly, for all of the reasons stated above, the Garretts believe that sufficient cause exists to shorten the notice period provided by the Local Rules so that the Court may consider the Motion for Determination before the March 7, 2007 sale date for the CRO Assets.

5. The Debtor and other parties in interest will not be unfairly prejudiced by a shortened notice period. Indeed, the need for the shortened notice period is a product of the Debtor's actions, and will serve to benefit the Debtor and all interested stakeholders.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

WHEREFORE, the Garretts respectfully request (i) entry of the attached order approving the manner, sufficiency, and shortening of notice of the Motion to Dismiss as contemplated hereby such that the Motion to Dismiss may be considered before March 7, 2007 and (ii) such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
February 28, 2007

MORRIS, NICHOLS, ARSHT& TUNNELL LLP

*/s/ Kevin M. Coen*
Robert J. Dehney (No. 3578)
David J. Teklits (No. 3221)
Gregory T. Donilon (No. 4244)
Kevin M. Coen (No. 4775)
1201 Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 351-9229
Fax: (302) 658-3989

SAUL EWING LLP

*/s/ Norman L. Pernick*

Norman L. Pernick (#2290)
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6824
Fax: (302) 421-5865

Counsel for Drs. Bruce N. Garrett, M.D., and Sandra S. Garrett, Ph.D.

748779.1