## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :    Chapter 11
In re:                                             :
                                                   :    Case No. 07-10110 (PJW)
MEDIFACTS INTERNATIONAL, INC.,                     :
                                                   :    RE: D.I. ____
                   Debtor.                         :
                                                   :
-------------------------------------------------- x
```

**ORDER GRANTING EMERGENCY MOTION FOR ORDER SHORTENING
AND LIMITING NOTICE OF MOTION OF DRS. BRUCE GARRETT AND
SANDRA GARRETT FOR A DETERMINATION THAT THEY ARE
QUALIFIED BIDDERS FOR THE CRO ASSETS UNDER THE BID
PROCEDURES APPROVED BY THE COURT AND THAT THE FULL
AMOUNT OF THE $2 MILLION CASH DEPOSIT THAT THEY PAID TO THE
DEBTOR SHOULD BE CREDITED TOWARD THEIR BID**

Upon review of the motion (the "Motion to Shorten") of Bruce N. Garrett, M.D.
("Dr. B. Garrett"), and Sandra S. Garrett, Ph.D ("Dr. S. Garrett and, together with Dr. B.
Garrett, the "Garretts") for entry of an order shortening the notice period related to the
Motion Drs. Bruce Garrett and Sandra Garrett for a Determination that they are Qualified
Bidders for the CRO Assets under the bid Procedures Approved by the Court and that the
Full Amount of their $2 Million Cash Deposit that they Paid to the Debtor should be
Credited Toward their Bid; the Court having considered the Motion to Shorten and
having determined that the bases set forth therein justify the relief requested; and the
Court having determined that "cause" exists to shorten the notice period related to the
Motion for Determination; and finding it reasonable and proper to do so,

It is hereby ORDERED that:

1.       The Motion to Shorten is GRANTED.

2.      A hearing to consider the Motion to Dismiss shall be conducted on

_____, _____, 2007 at __:__0 __.m.

3.      Objections, if any, to the Motion for Determination shall be submitted at

the hearing or at anytime prior thereto.


Dated: Wilmington, Delaware
            March _____, 2007

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE